SLIP OPINION

Cite as 2016 Ark. 203

# SUPREME COURT OF ARKANSAS

Nos. CV–15–860 & CV–16–46

| | |
|---|---|
| JEANNIE SHERMAN<br><br>APPELLANT<br><br>V.<br><br>RAYMOND BOECKMANN<br>APPELLEE | **Opinion Delivered** May 12, 2016<br><br>APPEAL FROM THE CROSS COUNTY CIRCUIT COURT<br>[NO. 19-DR-12-81-4]<br><br>HONORABLE KATHLEEN BELL, JUDGE<br><br>PETITION FOR REVIEW GRANTED; COURT OF APPEALS' OPINION VACATED AND REMANDED FOR FURTHER CONSIDERATION; PETITION FOR WRIT OF PROHIBITION OR CERTIORARI DENIED; TEMPORARY STAY PENDING RESOLUTION OF PETITION FOR WRIT OF PROHIBITION OR CERTIORARI DISSOLVED. |

## PER CURIAM

Appellant, Jeannie Sherman, appealed an order of the Cross County Circuit Court to the Arkansas Court of Appeals. On October 16, 2015, the court of appeals dismissed the appeal. *Sherman v. Boeckmann*, 2015 Ark. App. 566. On October 22, 2015, Sherman filed a petition for review with this court. On January 19, 2016, Sherman filed a petition for writ of prohibition or certiorari and an application for temporary stay pending resolution of petition for writ of prohibition or certiorari. *Sherman v. Cross County Circuit Court*, (CV–16–46) (companion case). On February 11, 2016, we granted Sherman's application for temporary

stay pending resolution of petition for writ of prohibition or certiorari.

Pursuant to our holding in *Kelly v. Kelly*, 2016 Ark. 72, 1, we grant Sherman's petition for review, vacate the court of appeals' opinion, and remand the appeal to the court of appeals for further consideration. Further, we deny Sherman's petition for writ of prohibition or certiorari and dissolve the temporary stay pending resolution of petition for writ of prohibition or certiorari.

Petition for review granted; court of appeals' opinion vacated and remanded for further consideration; petition for writ of prohibition or certiorari denied; temporary stay pending resolution of petition for writ of prohibition or certiorari dissolved.

SLIP OPINION